UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSHUA JACKSON, et al., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CASE NO. 1:21-cv-03120-JPH-KMB |
| ) | |
| DENNIS REAGLE, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

**DEFENDANT AQUA INDIANA, INC.'S**
**PRELIMINARY WITNESS AND EXHIBIT LISTS**

Pursuant to the February 6, 2024 Joint Status Report, Defendant Aqua Indiana, Inc. ("Aqua") submits the following Preliminary Witness and Exhibit Lists based on the information presently available to Aqua and without waiving the right to amend and/or supplement such lists as further information becomes known through discovery or otherwise as appropriate pursuant to the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Southern District of Indiana, and any other applicable rules or orders of this Court.

**PRELIMINARY WITNESS LIST**

1. All Plaintiffs in this litigation.[1]

2. Randall McVay, Aqua.

3. Any other current or former representatives or employees of Aqua that have knowledge regarding the issues of this litigation.

---

[1] As addressed in Plaintiffs' Preliminary Witness and Exhibit Lists, "The Court has ordered that this instant action serves as the Lead Action for the 211 Plaintiffs associated with the Pendleton water cases filed before December 2023, and that while the individual Pendleton water cases currently remain open on the Court's docket, the Parties need file all necessary filings in this matter alone. (Plaintiffs' Preliminary Witness and Exhibit Lists, p. 1 (Dkt.168) (*citing* Dkt. 161 at 3).) Additionally, as also mentioned in Plaintiffs' Preliminary Witness and Exhibit Lists, "By reason of the foregoing . . . noting the Court's order at Docket 161, where the term 'Plaintiffs''is used herein, it refers to each Plaintiff in the associated cases and all of them." (Plaintiffs' Preliminary Witness and Exhibit Lists, p. 1 (Dkt.168).)

4. Defendant Dennis Reagle

5. Defendant Kevin Orme

6. Defendant Jeffery Meece

7. Defendant Chris Ertel

8. Defendant Vincent Stanley

9. Defendant Maggie Bryant

10. Defendant Danielle Stasiak

11. Defendant Bobby Latour

12. Defendant William Callahan

13. Defendant Andy Bagienski

14. Any current or former representatives or employees of Defendant Centurion Health of Indiana, LLC ("Centurion") or any of its affiliates that have knowledge regarding the issues of this litigation.

15. Any current or former representatives or employees of Defendant Town of Ingalls, Indiana ("Town") or any of its affiliates that have knowledge regarding the issues of this litigation.

16. Any current or former representatives or employees of the Pendleton Correctional Facility ("PCF") or any of its affiliates that have knowledge regarding the issues of this litigation.

17. Any current or former representatives or employees of Nancrede Engineering Company, Inc. ("Nancrede") or any of its affiliates that have knowledge regarding the issues of this litigation.

18. Any current or former representatives, employees, contractors of any Indiana state or local government agency, including but not limited to the Indiana Department of Corrections and Indiana Department of Health, who have knowledge regarding the issues of this case.

19. Any current or former representatives, employees, contractors of any medical professional and/or other consultant who have knowledge regarding the issues of this litigation.

20. Any current or former representatives or employees of any other governmental entity, subdivision or agency who have knowledge regarding the issues of this litigation.

21. Any witnesses yet to be identified who have knowledge regarding the issues of this litigation.

22. Any witnesses necessary to authenticate or provide further testimony relating to documents.

23. Any witnesses for the purpose of rebuttal or impeachment.

24. Any witnesses identified by other Parties in this litigation.

25. Any person identified in any Party's Answers to Interrogatories and/or Responses to any Request for Production of Documents, or any other discovery.

26. Any individuals and/or entities identified in any Party's Preliminary and Final Exhibit Lists.

27. Any person deposed or to be deposed in this litigation.

28. Any individual identified or referred to in any deposition in this litigation as having personal knowledge of any matter related to this litigation.

29. Any non-party with knowledge regarding the issues of this litigation.

30. Any witness called or retained by Aqua to provide expert testimony regarding the issues of this litigation.

31. Any expert witnesses retained by any Party who have produced information, reports, or opinions related to this litigation.

32. Any person necessary to lay the foundation for the admissibility of a document, summary exhibit, or other evidence including, but not limited to, any records custodian for any Party or non-party.

33. Aqua reserves the right to amend and/or supplement this Preliminary Witness List as additional witnesses become known.

## PRELIMINARY EXHIBIT LIST

1. Professional Services Agreement(s) between the Town and Aqua.

2. Aqua water operations reports and data related to the issues of this litigation.

3. All non-privileged documents regarding the issues of this litigation in the possession of Aqua.

4. Any documents created, reviewed or in the possession, custody or control of any Party regarding the issues of this litigation.

5. Any documents created, reviewed or in the possession, custody or control of any medical professional and/or other consultant who has knowledge regarding the issues of this litigation.

6. Any reports and supporting documents relating to the issues in this litigation.

7. Medical records or other information and/or data relating to the issues in this litigation.

8. Any documents in the files of governmental agencies relating to the issues in this litigation.

9. Any documents produced by any Party or any non-Party in response to any discovery request, subpoena, or in response to the requirements of the Federal Rules of Civil Procedure.

10. Any documents relevant to Plaintiffs' Complaint(s).

11. Any documents identified in another Party's Preliminary and Final Exhibit Lists.

12. Any and all documents regarding or related to any expert report produced in this litigation.

13. Deposition transcripts of every deposition taken in this litigation.

14. Demonstrative exhibits to be used by experts to illustrate their testimony.

15. All exhibits to depositions taken during this lawsuit.

16. Any discovery response and/or sworn statement made by any party or witness.

17. Any exhibit used for rebuttal or impeachment purposes.

18. Any and all documents disclosed by any party in this litigation.

19. Aqua reserves the right to amend and/or supplement this Preliminary Exhibit List as additional witnesses become known.

Respectfully submitted,

HATCHETT & HAUCK LLP

s/ Michael J. Reeder
David L. Hatchett, #19383-49
Michael J. Reeder, #21794-49
150 W. Market Street, Suite 200
Indianapolis, Indiana 46204
Phone: 317.464.2620
FAX: 317.464.2629
Email: david.hatchett@h2lawyers.com
          mike.reeder@h2lawyers.com

*Attorneys for Aqua Indiana, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael J. Reeder